IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

___

| | |
|---|---|
| THE GRAY CASUALTY & SURETY COMPANY and THE GRAY INSURANCE COMPANY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) No. 09-cv-02840-STA-dkv |
| LYNN G. HOLTON, GINA O. HOLON, and ROY ADAMS, | ) ) ) |
| Defendants. | ) ) |

___

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
___

Before the Court is Plaintiffs' Motion for Default Judgment (D.E. # 38), filed on December 8, 2010. On January 18, 2011, the Magistrate Judge recommended Plaintiffs' Motion for Default Judgment against Gina Holton and Roy Adams be granted. (D.E. # 41.) Neither party has filed objections to the Magistrate Judge's Report and Recommendation within the time permitted. Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report and **GRANTS** Plaintiffs' Motion for Default Judgment.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: February 9, 2011.